[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-12890
Non-Argument Calendar
_____

D.C. Docket No. 1:10-cr-00289-TWT-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ORIN JACKSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(March 13, 2014)

Before WILSON, ANDERSON, and EDMONDSON, Circuit Judges.

PER CURIAM:

Orin Jackson appeals his 12-month sentence, imposed at the high end of the applicable guideline range, which he received upon revocation of supervised release.  During the revocation hearing, Jackson's counsel asked the court "to impose a guideline sentence of between six and twelve months."  Jackson's sentencing claim is precluded:  the alleged error was invited.  *See United States v. Love*, 449 F.3d 1154, 1157 (11th Cir. 2006) .  Moreover, we affirm because his sentence is supported by the record -- including marked recidivism -- and meets the goals encompassed within 18 U.S.C. § 3553(a).  In sum, the sentence has not been shown to be unreasonable.  *See United States v. Turner*, 626 F.3d 566, 573 (11th Cir. 2010).

AFFIRMED.